| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Lowell & Sons, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | **16-33707-tmb11** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................... $ **2,525,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................ $ **4,551.89**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................... $ **2,529,551.89**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ **2,461,913.26**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ **142,766.31**

4. **Total liabilities** ........................................................................................................................................
    Lines 2 + 3a + 3b     $ **2,604,679.57**

Fill in this information to identify the case:

Debtor name: **Lowell & Sons, LLC**

United States Bankruptcy Court for the: **DISTRICT OF OREGON**

Case number (if known): **16-33707-tmb11**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Steve Morgan**<br>504 Cascade<br>Hood River, OR 97031 | | **Misc Unsecured Loan** | | | | $100,000.00 |
| **NW Gourmet Foods, LLC**<br>PO Box 457<br>Hood River, OR 97031 | | **Estes Property: Parcel 1 Lots 13 & 14, Blk 1, Bowmans Add Bk1, White Salmon, WA 98672**<br>**Tax ID: 03-11-1952-0114/00 &**<br>**Parcel 2 Lots 7 & 8, Blk 1, Huns** | | $164,190.00 | $300,000.00 | $80,828.45 |
| **Tim Doty**<br>6222 E. Mercer Way<br>Mercer Island, WA 98040 | | **393 NE Cherry Street, White Salmon, WA 98672** | | $51,750.00 | $225,000.00 | $51,750.00 |
| **Martin & Kathleen Sanders**<br>3 Hotspur St.<br>Lake Oswego, OR 97035 | | **Estes Property: Parcel 1 Lots 13 & 14, Blk 1, Bowmans Add Bk1, White Salmon, WA 98672**<br>**Tax ID: 03-11-1952-0114/00 &**<br>**Parcel 2 Lots 7 & 8, Blk 1, Huns** | | $50,000.00 | $300,000.00 | $50,000.00 |

| Debtor | Lowell & Sons, LLC | | | Case number *(if known)* | | **16-33707-tmb11** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Mid Columbia Economic Dev District**<br>c/o Annala, Carey, Baker, Thompson & Van<br>305 Casecade St.<br>PO Box 325<br>Hood River, OR 97031 | | **393 NE Cherry Street, White Salmon, WA 98672** | | $40,780.04 | $225,000.00 | $17,642.04 |
| **Hood River Hostel**<br>220 Clearwater Ln.<br>Hood River, OR 97031 | | **Security Deposit** | | | | $15,000.00 |
| **Tim Doty**<br>6222 E. Mercer Way<br>Mercer Island, WA 98040 | | **Misc Loan** | | | | $12,000.00 |
| **Hood River CPAs**<br>1503 13th St.<br>Hood River, OR 97031 | | **Misc CPA Services** | | | | $7,331.00 |
| **Pyramid Property Management, LLC**<br>3 Hotspur St.<br>Lake Oswego, OR 97035 | | **Security Deposit** | | | | $6,000.00 |
| **Gil Sharp**<br>205 3rd St.<br>Hood River, OR 97031 | | **Misc Legal Srvcs** | | | | $1,935.31 |
| **Joe Field**<br>621 SW Morrison St., Suite 1225<br>Portland, OR 97205 | | **Misc Legal Srvcs** | | | | $500.00 |
| **Farmers Insurance**<br>c/o Michelle Jasperson, Agent<br>218 E. Jewett Blvd<br>White Salmon, WA 98672 | | **Precautionary** | **Disputed** | | | $0.00 |
| **Frank Construction Company**<br>c/o Paul Frank, President<br>8028 NE Glisan, Suite C<br>Portland, OR 97213 | | **220 Clearwater Lane, Hood River, OR 97031** | **Disputed** | **Unknown** | $2,000,000.00 | **Unknown** |

In re     **Lowell & Sons, LLC**

Case No. **16-33707-tmb11**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2016, I served the List of 20 Largest Unsecured Creditors and

self-adhesive mailing labels via US Postal Mail and via Electronic E-mail.

**Carla G. McClurg,** , Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205

I further certify that the following person(s) will be served electronically when the foregoing document is filed with the court:

THEODORE J PITEO on behalf of Debtor Crimson Investment Group, LLC
ted@pdxlegal.com, enc@pdxlegal.com; hugo@pdxlegal.com

US Trustee, Portland
USTPRegion18.PL.ECF@usdoj.gov

        _/s/Hugo A.  Zollman_____
        Paralegal to Attorney Theodore J. Piteo
        Michael D. O'Brien & Associates, P.C.

Page 1 - CERTIFICATE OF SERVICE

Case 16-33707-tmb11    Doc 7    Filed 09/27/16

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 16-33707-tmb11<br>District of Oregon<br>Portland<br>Tue Sep 27 15:50:17 PDT 2016 | Lowell & Sons, LLC<br>220 Clearwater Lane<br>Hood River, OR 97031-1287 | 1001 SW 5th Ave #700<br>Portland, OR 97204-1141 |
| Farmers Insurance<br>c/o Michelle Jasperson, Agent<br>218 E. Jewett Blvd<br>White Salmon, WA 98672-3000 | Frank Construction Company<br>c/o Paul Frank, President<br>8028 NE Glisan, Suite C<br>Portland, OR 97213-7000 | Gil Sharp<br>205 3rd St.<br>Hood River, OR 97031-2011 |
| Hood River CPAs<br>1503 13th St.<br>Hood River, OR 97031-2195 | Hood River Hostel<br>220 Clearwater Ln.<br>Hood River, OR 97031-1287 | Hood River Hostel/NWGF<br>220 Clearwater Ln.<br>Suite A<br>Hood River, OR 97031-1287 |
| Internal Revenue Service<br>Bankruptcy Notices<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Joe Field<br>621 SW Morrison St., Suite 1225<br>Portland, OR 97205-3863 | Law Office of Katelyn D. Skinner, LLC<br>22566 SW Washington St., Suite 203<br>Sherwood, OR 97140-7923 |
| Lorena Lowell<br>220 Clearwater Lane<br>Suite D<br>Hood River, OR 97031-1287 | Mark Stoker<br>Heurlin, Potter, Jahn, Leatham, Holt Sto<br>211 E. McLoughlin Blvd<br>Vancouver, WA 98663-3368 | Martin & Kathleen Sanders<br>3 Hotspur St.<br>Lake Oswego, OR 97035-1921 |
| Mid Columbia Economic Dev District<br>c/o Annala, Carey, Baker, Thompson & Van<br>305 Casecade St.<br>PO Box 325<br>Hood River, OR 97031-0011 | NW Gourmet Foods, LLC<br>PO Box 457<br>Hood River, OR 97031-0015 | Oregon Department Of Revenue<br>Bankruptcy Notice Dept.<br>955 Center Street, NE<br>Salem, OR 97301-2555 |
| Pyramid Property Management, LLC<br>3 Hotspur St.<br>Lake Oswego, OR 97035-1921 | Riverview Community Bank<br>900 Washington<br>Suite 900<br>Vancouver, WA 98660-3455 | Steve Morgan<br>504 Cascade<br>Hood River, OR 97031-2088 |
| Thomas Lowell<br>PO Box 2552<br>White Salmon, WA 98672-2521 | Tim Doty<br>6222 E. Mercer Way<br>Mercer Island, WA 98040-5129 | US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 |
| THEODORE J PITEO<br>Michael D. O'Brien & Associates<br>12909 SW 68th Pkwy<br>Suite 160<br>Portland, OR 97223-8399 | End of Label Matrix<br>Mailable recipients    24<br>Bypassed recipients     0<br>Total                  24 | |